```
             UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                             Case No. 09-cr-112-PB

**Michael Roux, et al.**

**O R D E R**

Defendant, Justin Rivet, has moved through counsel to continue the trial scheduled for September 1, 2009, citing newly appointed counsel and the need for additional time to complete discovery and prepare for trial. The government and co-defendants do not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 1, 2009 to November 3, 2009. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The August 24, 2009 final pretrial conference is continued to October 20, 2009 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 14, 2009

cc: Patrick Shanley, Esq.
    Kevin Sharkey, Esq.
    Stanley W. Norkunas, Esq.
    Michael Shklar, Esq.
    Theodore Lothstein, Esq.
    Mark E. Howard, Esq.
    Tony Soltani, Esq.
    Michael Zaino, Esq.
    United States Probation
    United States Marshal